## BAIRD v. STANLEY *et al.*

No. 5518.   Opinion Filed December 14, 1915.

(153 Pac. 857.)

**APPEAL AND ERROR—Briefs—Review.** Where plaintiff in error has completed his record and filed it in the Supreme Court, and has served and filed a brief in compliance with the rules of the court, and defendant in error has filed no brief, and where the authorities cited in the brief filed appear reasonably to sustain the assignments of error, the court is not required to search for authorities upon which the judgment may be sustained, but may reverse the same in accordance with the prayer of the petition in error.

(Syllabus by Rummons, C.)

*Error from District Court, Caddo County;*
*J. T. Johnson, Judge.*

Action by J. V. Stanley against Dean F. Baird and others. Judgment for plaintiff, and the defendant named brings error. Reversed and remanded.

*A. J. Morris,* for plaintiff in error.

Opinion by RUMMONS, C. The defendants in error have filed no brief in this cause, and no excuse has been offered for their failure to file brief. We have examined the brief filed, and find that the authorities therein cited seem to reasonably sustain the contention of plaintiff in error and his assignments of error. In accordance with a long line of decisions of this court, we will not take the time to search for authorities to sustain the judgment of the court below. This cause should therefore be reversed and remanded.

By the Court: It is so ordered.